IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS, | : | |
| | : | |
| Petitioner, | : | |
| | : | Case No. 7:04-CR-5-HL |
| VS. | : | |
| | : | 28 U.S.C. §2255 |
| UNITED STATES OF AMERICA, | : | Case No. 7:08-CV-90028 |
| | : | |
| Respondent | : | |

## ORDER

Petitioner **MICHAEL WILLIAMS** has filed Motion for Leave to Proceed *in forma pauperis* on Appeal [Doc. 236]. The United States Magistrate Judge previously found that Petitioner had not made a substantial showing of the denial of a constitutional right and recommended that this Court deny a certificate of appealability. That Recommendation was subsequently adopted, and the District Court denied a certificate of appealability in its final Order [Doc. 231]. Therefore, Petitioner's Motion to Proceed *in forma pauperis* on Appeal is **MOOT** and must be **DENIED** as such.

**SO ORDERED**, this 25th day of October 2011.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

jlr